791 A.2d 1153

**TRIBUNE–REVIEW PUBLISHING COMPANY,
and WPXI, Respondents**

v.

**DEPARTMENT OF COMMUNITY AND ECONOMIC
DEVELOPMENT, Petitioner.**

Supreme Court of Pennsylvania.

March 8, 2002.

## ORDER

PER CURIAM:

AND NOW, this 8th day of March, 2002, the petition for allowance of appeal is hereby granted. The order of the Commonwealth Court is vacated and the matter is remanded for reconsideration in light of *LaValle v. Office of General Counsel,* 564 Pa. 482, 769 A.2d 449 (2001).